IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES                                                                                           PLAINTIFF

v.                                         Case No. 3:14-CR-30013

JASON DELBOSQUE                                                                                  DEFENDANT

**O R D E R**

      Currently before the Court is the report and recommendation (Doc. 28) filed in this case on November 24, 2014 by the Honorable James Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. Both parties have waived the right to object to the report and recommendation for the purpose of expediting acceptance of the guilty plea in this matter. (Doc. 27).

      The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the report and recommendation is proper and should be and hereby is ADOPTED, except as follows:

- The Court does not adopt any finding by the Magistrate Judge that would result in the Court accepting the plea agreement to any extent.

- The Court does not adopt any statement by the Magistrate Judge that the term of imprisonment imposed at sentencing shall be for any specified or agreed upon term.

      In all other respects, the findings and recommendations of the Magistrate Judge are adopted as this Court's findings. Accordingly, for the reasons stated in the Magistrate Judge's report and recommendation, Defendant's guilty plea to Count Six is accepted. The Court reserves acceptance of the plea agreement, with a determination to be made after the filing of a presentence investigation report for Mr. Delbosque. If the Court ultimately does not accept the plea agreement, Defendant will

be given an opportunity to withdraw his plea of guilty to Count Six.

      IT IS SO ORDERED this 1st day of December, 2014.

                                          /s/ P. K. Holmes, III
                                          P. K. HOLMES, III
                                          CHIEF U.S. DISTRICT JUDGE